1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANI LOVE BUCKINGHAM f/n/a BRIAN P. BUCKINGHAM,<br><br>                Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>                Defendant. | CASE NO. 2:25-CV-701-RSM-DWC<br><br>ORDER GRANTING MOTION TO SEAL AND DENYING MOTION TO COMPEL EXPEDIATED DISCOVERY |

Plaintiff Nani Love Buckingham, formerly known as Brian P. Buckingham, proceeding *pro se* and *in forma pauperis*, filed this civil rights action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Plaintiff filed a Motion to Seal and a Motion to Compel Expediated Discovery. Dkts. 4, 12.

Plaintiff first requests the Court seal documents containing Plaintiff's sensitive mental health treatment information. Dkt. 4. Plaintiff did not comply with the Local Civil Rules when seeking leave to file sealed documents. *See* LCR 5(g). However, the Court recognizes the documents Plaintiff requests be sealed are sensitive in nature. Therefore, at this time, Plaintiff's

ORDER GRANTING MOTION TO SEAL AND
DENYING MOTION TO COMPEL EXPEDIATED
DISCOVERY - 1

1  Motion to Seal (Dkt. 4) is GRANTED. Plaintiff's documents containing mental health treatment
2  information (Dkt. 5) shall remain under seal.
3    Plaintiff also requests the Court allow him to conduct discovery on Defendant Pam Bondi
4  to obtain identifying information for several doe defendants. Dkt. 12. On April 22, 2025, the
5  Court granted Plaintiff's motion to appoint counsel and directed the *pro bono* coordinator to
6  identify counsel to represent Plaintiff. Dkt. 13. The Court finds counsel would be better suited to
7  address any discovery issues. Therefore, Plaintiff's Motion to Compel Expediated Discovery
8  (Dkt. 12) is DENIED without prejudice.
9    Dated this 23rd day of April, 2025.

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL AND
DENYING MOTION TO COMPEL EXPEDIATED
DISCOVERY - 2