UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NANI LOVE BUCKINGHAM f/n/a BRIAN P. BUCKINGHAM,<br><br>              Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>              Defendant. | CASE NO. 2:25-CV-701-RSM-DWC<br><br>ORDER APPOINTING COUNSEL |

This matter is before the Court on its Order Granting Motion for Appointment of Counsel and Directing Pro Bono Coordinator to Identify Pro Bono Counsel. Dkt. 13.

The Court hereby appoints Cari Campen Laufenberg (claufenberg@kellerrohrback.com, 206-623-1900), Benjamin B. Gould (bgould@kellerrohrback.com, 206-442-1563), Nathan L. Nanfelt (nnanfelt@kellerrohrback.com, 206-623-1900), and Chris N. Ryder (cryder@kellerrohrback.com, 206-422-0099) all of Keller Rohrback, LLP, 1201 3rd Ave, Ste 3400, Seattle, Washington 98101, as counsel for Plaintiff pursuant to the "Amended Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions" ("the Plan"). *See* General Order 07-23 (Sept. 8, 2023).

Counsel is directed to file Notices of Appearance **on or before May 9, 2025**. If counsel is unable for a reason set forth in the Rules to assume this representation, they should immediately file a motion for relief from appointment.

In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court, however, is unable to assure counsel compensation from any other source.

The Clerk is directed to send a copy of this Order to Plaintiff, to Plaintiff's appointed counsel, and counsel for defendants.

Dated this 5th day of May, 2025.

David W. Christel
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2