Docusign Envelope ID: 1A2B21EE-24D1-41A1-99E2-4246EA3EC791

District Judge Ricardo S. Martinez
Magistrate Judge David W. Christel

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANI LOVE BUCKINGHAM f/n/a BRIAN P. BUCKINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.,*<br><br>Defendants. | Case No. 2:25-cv-00701-RSM-DWC<br><br>**SUPPLEMENTAL DECLARATION OF DR. DAN H. KARASIC IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Dan H. Karasic, M.D., hereby declare and state as follows:

1. This declaration supplements opinions set out in my July 2, 2025, declaration.

2. As this basis for this supplemental declaration, I have relied on items previously identified, *see* July 2, 2025, declaration at Par. 23–26, as well as additional medical records provided, USAO_1 – USAO-367, which I understand to be Ms. Buckingham's records since her transfer to Butner, North Carolina.

3. In my initial report, I described the recommendations made for Ms. Buckingham to receive three consultations for facial feminization surgery, laser hair removal, and voice/speech therapy as "gender affirming care" and noted that these consultations should be scheduled as soon

SUPP. DECL. OF DR. KARASIC
(No. 2:25-cv-00701-RSM-DWC)

as possible. *See* paragraphs 35–36; 88. From my review of Ms. Buckingham's additional medical records, these consultations are still medically necessary.

4. In a Consultation Request record (USAO_298–300) there is reference to one of these three requests, facial feminization, and the record states: "Request Approval Actions: Disapproved by Anderson, Jaleesa UR RN acting in the role of UR Committee on July 25, 2025. Comments: Disapproved by URC on 7.23.25. Not medically indicated, elective cosmetic surgery." This record does not change my opinion about whether consultation is needed for facial feminization.

5. My review of the additional records, including the Suicide Risk Assessment and Mental Health Services report (USAO_62–65), does not change my opinion that delay in gender-affirming care contributes to Ms. Buckingham's suicidal ideation and thoughts of self-harm.

6. Nothing in my review of the additional records changes my opinion that the recommended consultations should occur as soon as possible.

Executed this 21st day of August 2025, at Sonoma County, California.

By: 
Dan H. Karasic, M.D

SUPP. DECL. OF DR. KARASIC
(No. 2:25-cv-00701-RSM-DWC) - 2