District Judge Ricardo S. Martinez
Magistrate Judge David W. Christel

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANI LOVE BUCKINGHAM f/n/a BRIAN P. BUCKINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.,*<br><br>Defendants. | Case No. 2:25-cv-00701-RSM-DWC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND RESPONSE TO DEFENDANTS' CROSS-MOTION TO DISMISS OR STAY** |

This matter came before the Court on Plaintiff's Motion to Seal Documents in Support of Plaintiff's Reply in Support of Plaintiff's Motion for Preliminary Injunction and Response to Defendants' Cross-Motion to Dismiss or Stay. Upon review of the papers submitted by the Parties, the Court FINDS that there are compelling reasons to seal the subject documents, that injury will result if sealing is not granted, and that there is no less restrictive alternative available.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Seal is GRANTED. Exhibits 1, 2, and 3 to the Declaration of Chris N. Ryder in Support of Plaintiff's Reply in Support of Motion

ORDER GRANTING PL. MOT. TO SEAL
(No. 2:25-cv-00701-RSM-DWC) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900

for Preliminary Injunction and Response to Defendants' Cross-Motion to Dismiss or Stay SHALL remain under seal.

**IT IS SO ORDERED.**

Dated this 22nd day of August 2025.

David W. Christel
United States Magistrate Judge

*Presented By:*

Chris N. Ryder, WSB No. 58732
Benjamin B. Gould, WSB No. 44093
Cari Campen Laufenberg, WSB No. 34354
Nathan N. Nanfelt, WSB No. 45273
Elizabeth W. Tarbell, WSB No. 62763
Nicandro Iannacci, *pro hac vice*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
cryder@kellerrohrback.com
bgould@kellerrohrback.com
claufenberg@kellerrohrback.com
nnanfelt@kellerrohrback.com
etarbell@kellerrohrback.com
niannacci@kellerrohrback.com

*Attorneys for Plaintiff*

ORDER GRANTING PL. MOT. TO SEAL
(No. 2:25-cv-00701-RSM-DWC) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900