District Judge Ricardo S. Martinez
Magistrate Judge David W. Christel

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

NANI LOVE BUCKINGHAM f/n/a BRIAN P. BUCKINGHAM,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

Defendants.

Case No. 2:25-cv-00701-RSM-DWC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**

NOTE ON MOTION CALENDAR: 1/13/2026

This matter comes before the Court on Plaintiff's motion to enforce this Court's preliminary injunction and for a finding of contempt.

The Court, having considered Plaintiff's motion and the declarations and exhibits filed in support of the motion, Defendants' opposition (if any), the applicable law, the relevant portions of the record, and the arguments of counsel, **GRANTS** Plaintiff's motion. The Court **FINDS** that Defendants are not compliant with the Court's November 12 Order. Accordingly, it is hereby **ORDERED**:

1. Defendants **SHALL** comply with the Court's November 12 Order by providing Ms. Buckingham with medical consultations with medical providers who are licensed,



KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900

experienced, and available to assess Ms. Buckingham for laser hair removal and facial feminization surgery;

2. Defendants **SHALL**, within 21 days of this Order, submit a status report on their compliance; and

3. Defendants **SHALL**, within 21 days of this Order, show cause why they should not be held in contempt for failing to comply with the Court's November 12 Order.

Dated this ____ day of December 2025.

____________________________
The Honorable Ricardo S. Martinez
United States District Judge

Presented By:

Chris N. Ryder, WSB No. 58732
Benjamin B. Gould, WSB No. 44093
Cari Campen Laufenberg, WSB No. 34354
Nathan N. Nanfelt, WSB No. 45273
Elizabeth W. Tarbell, WSB No. 62763
Nicandro Iannacci, pro hac vice
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
cryder@kellerrohrback.com
bgould@kellerrohrback.com
claufenberg@kellerrohrback.com
nnanfelt@kellerrohrback.com
etarbell@kellerrohrback.com
niannacci@kellerrohrback.com

***Attorneys for Plaintiff***